**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

CHRISTOPHER C.,

                              Plaintiff,                         5:24-cv-1593 (BKS/ML)

v.

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

**Appearances:**

*For Plaintiff:*
Justin M. Goldstein
Hiller Comerford Injury & Disability Law
6000 North Bailey Avenue, Suite 1a
Amherst, NY 14226

*For Defendant:*

Vernon Norwood, Special Assistant United States Attorney
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235

**Hon. Brenda K. Sannes, Chief United States District Judge:**

**MEMORANDUM-DECISION AND ORDER**

Plaintiff filed this action under 42 U.S.C. § 405(g) seeking review of the Commissioner

of Social Security's denial of his application for disability insurance benefits and supplemental

security income benefits. (Dkt. No. 1). This matter was referred to United States Magistrate

Judge Miroslav Lovric for a Report-Recommendation. (Dkt. No. 3); L.R. 72.3(e). On February

26, 2026, after reviewing the parties' briefs, (Dkt. Nos. 7, 10, 11), and the Administrative

Transcript, (Dkt. No. 6), Magistrate Judge Lovric issued a Report-Recommendation

recommending that Plaintiff's motion for judgment on the pleadings be granted; that the

Defendant's motion for judgment on the pleadings be denied, and that the matter be reversed and remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. (Dkt. No. 12). Magistrate Judge Lovric advised the parties that under 28 U.S.C. § 636(b)(1), they had "14 days within which to file written objections" to the Report-Recommendation and that "failure to object to th[e] report within 14 days will preclude appellate review." (Dkt. No. 12, at 12-13 (citing *Roldan v. Racette*, 984 F.2d 85 (2d Cir. 1993); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72). No objections were filed.

The Court reviews de novo those portions of the Magistrate Judge's findings and recommendations that have been properly preserved with a specific objection. *Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); 28 U.S.C. § 636(b)(1)(C). Findings and recommendations as to which there was no properly preserved objection are reviewed for clear error. *Petersen*, 2 F. Supp. at 228–29. Neither of the parties has raised any objection to Magistrate Judge Lovric's Report-Recommendation. The Court has reviewed the Report-Recommendation for clear error and found none.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Lovric's Report-Recommendation (Dkt. No. 12) is **ADOPTED** in all respects; and it is further

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 7) is **GRANTED**; and it is further

**ORDERED** that Defendant's motion for judgment on the pleadings (Dkt. No. 10) is **DENIED**; and it is further

2

**ORDERED** that the matter be **REVERSED AND REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**IT IS SO ORDERED.**

Dated: <u>March 18, 2026</u>
          Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge